IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.G., by and through her Parents, Jim G. and Beth G. of Wilmington, Delaware,<br><br>                              Plaintiffs,<br><br>v.<br><br>BRANDYWINE SCHOOL DISTRICT,<br><br>                              Defendant. | Civil Action No. 22-152-CFC |

## JUDGMENT IN A CIVIL CASE

For the reasons set forth in the Court's Memorandum and Order of March 21, 2023;

IT IS ORDERED that judgment is entered in favor of Defendant and against Plaintiffs.

_____
Chief Judge

Dated: 3.21.23

_____
(By) Deputy Clerk